UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LAWRENCE G. WAYBURN,

    Plaintiff,

v.                                           Case No. 2:08-cv-3
                                               HON. R. ALLAN EDGAR

IRON COUNTY COMMUNITY
HOSPITALS, INC,

    Defendant.
    _____/

**ORDER**

      Magistrate Judge Timothy P. Greeley has submitted a report and recommendation that this civil action be remanded to the Circuit Court of Iron County, Michigan. [Doc. No. 16]. The parties have not timely filed any objections. After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3. Accordingly, this civil action is hereby **REMANDED** to the Circuit Court of Iron County, Michigan.

    SO ORDERED.

    Dated: March 21, 2008.

                                          */s/ R. Allan Edgar*
                                          R. ALLAN EDGAR
                               UNITED STATES DISTRICT JUDGE